MAZZOLA LINDSTROM LLP
Shan (Jessica) Chen
*Counsel for plaintiffs*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280
(m) 347-652-9046
jessica@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------------x
KEVIN BEASLEY and KEVIN BEASLEY
STUDIO, LLC,
.

                Plaintiffs,                     Civil Action No.:

                                        **Complaint**

    -against-

MICHAEL FANELLI,

                Defendant.
-------------------------------------------------------------------x

Plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC, by and through their undersigned attorney, allege as follows for their complaint against defendant Michael Fanelli:

**Parties**

1.    Plaintiff Kevin Beasley is a resident of the State and County of New York.

2.    Plaintiff Kevin Beasley Studio, LLC is a New York domestic limited liability company with its principal place of business located in the County of Queens, State of New York. Kevin Beasley is the only member and owner of Kevin Beasley Studio, LLC. Therefore, for purposes of determining diversity jurisdiction, Kevin Beasley Studio, LLC is a New York domiciliary.

3. Defendant Michael Fanelli is a resident of the State of New Jersey, with his address last known to be 1 Denise Ct., Manalapan, New Jersey, 07726.

## Diversity Jurisdiction and Venue

1. The court possesses jurisdiction over this case pursuant to 28 U.S.C. §1332(a), as there is diversity between citizens of different states, and the amount in controversy exceeds $75,000.

2. Venue is proper in this case pursuant to 28 U.S.C. §1391(b), as defendant is a resident of the State of New Jersey.

## Statement of Case: Action on a Judgment

3. This is an action to recover moneys due on a judgment that was entered by the Supreme Court of the State of New York, County of New York.

4. On March 2, 2021, plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC brought an action against Bayview Auto Wreckers, Inc. and Michael Fanelli in the Supreme Court of the State of New York, County of New York.

5. On May 15, 2024, judgment from the Supreme Court of the State of New York, County of New York was entered in plaintiffs' favor and, jointly and severally, against Bayview Auto Wreckers, Inc. and Michael Fanelli, in the amount of $878,479.31 (See **Exhibit A**).

6. The judgment debtors are Bayview Auto Wreckers Inc., last known to be located at 3333 Richmond Terrace, Staten Island, New York 10303, and Michael Fanelli, who used to live in Woodbourne, New York, but is now residing at 1 Denise Ct., Manalapan, New Jersey 07726.

7. The judgment debtors have failed to pay any portion of the judgment.

8. Plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC therefore bring this action in this Court against defendant Michael Fanelli, because he is jointly and severally liable

2

for payment of the full amount of the judgment, $878,479.31, for which plaintiffs now demand

that this Court enter judgment in their favor and against defendant Fanelli for such amount owed.

**WHEREFORE**, Plaintiffs pray that this Court enter judgment in their favor and against

defendant in the amount of $878,479.31, plus interest at the legal rate measured from May 15,

2024, plus costs.

Dated:  New York, New York
         September 13, 2024

                                        Respectfully submitted,

                                        MAZZOLA LINDSTROM, LLP

                                        _____
                                        Shan (Jessica) Chen
                                        *Counsel for plaintiffs*
                                        1350 Avenue of the Americas, 2nd Floor
                                        New York, New York 10019
                                        (d) 646-416-6280
                                        (m) 347-652-9046
                                        jessica@mazzolalindstrom.com