MAZZOLA LINDSTROM LLP
Shan (Jessica) Chen
*Counsel for plaintiffs*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
----------------------------------------------------------------x
KEVIN BEASLEY and KEVIN BEASLEY
STUDIO, LLC,

                Plaintiffs,

    -against-

Michael Fanelli,

                Defendant.
----------------------------------------------------------------x

Civil Action No.:
3:24-cv-09172-MAS-RLS

**Request For Entry of Default**

To:    Clerk, United States District Court for the District of New Jersey
        Clarkson S. Fisher Building & U.S. Courthouse
        402 East State Street Room 2020
        Trenton, NJ 08608

        Pursuant to Fed. R. Civ. P. 55(a), please enter a default against defendant Michael Fanelli

for failure to answer or otherwise defend this action. In support of the same, please see the

certification of Shan Chen, which is attached to this request for entry of default.

Dated: New York, New York
      December 9, 2024

                                Respectfully submitted,

                                MAZZOLA LINDSTROM, LLP

                                _____
                                Shan (Jessica) Chen
                                *Counsel for plaintiff*
                                1350 Avenue of the Americas, 2nd Floor
                                New York, New York 10019
                                (d) 646-416-6280 (m) 347-652-9046
                                jessica@mazzolalindstrom.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on the date indicated below, I caused Plaintiffs' Request for Entry of Clerk's Default, and supporting documents, to be served via First Class Mail/Postage Paid upon defendant Michael Fanelli as follows:

Michael Fanelli
1 Denise Ct.
Manalapan, NJ, 07726

Dated: New York, New York
          December 9, 2024

MAZZOLA LINDSTROM, LLP

_____
Shan (Jessica) Chen
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com

2