MAZZOLA LINDSTROM LLP
Shan (Jessica) Chen
*Counsel for plaintiffs*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
KEVIN BEASLEY and KEVIN BEASLEY
STUDIO, LLC,

        Plaintiffs,                    Civil Action No.:
                                        3:24-cv-09172-MAS-RLS

   -against-

Michael Fanelli,                      **Certification in Support of**
            Defendant.                  **Request for Entry of Default**

-----------------------------------------------------------------x

     I, Shan Chen, an attorney duly admitted to practice before this Court, hereby certify as follows:

     1.     This certification is made in support of the plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC's request for entry of a default against the defendant Michael Fanelli in this action.

     2.     I am the attorney for the plaintiffs and have personal knowledge of the following facts.

     3.     This action was commenced on September 13, 2024 by the filing of a summons and complaint.

     4.     The defendant was served with the summons and complaint on October 29, 2024, as shown by the proof of service that was filed with this Court on October 31, 2024. (See ECF 6).

5. The defendant has not interposed an answer to the complaint, nor filed a motion to dismiss. The affidavit of service (ECF 6) shows the efforts on the part of the defendant to evade service, in that the occupants of his residence refused to open the door for the process server. The only response from defendant Michael Fanelli is an unsworn statement to the Court stating that he was not served, though he acknowledges that he found the summons and complaint "laying outside." (See ECF 7).

6. As defendant Fanelli was properly served, and more than thirty days have elapsed since the summons and complain were served, with the defendant having failed to answer, or otherwise defend this action as provided by the Federal Rules of Civil Procedure, he is therefore now in default.

7. Plaintiff requests that the clerk of the Court enter default against the defendant.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing statements are true.

Dated: New York, New York
       December 9, 2024

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

_____
Shan (Jessica) Chen
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com