MAZZOLA LINDSTROM LLP
Shan (Jessica) Chen
*Counsel for plaintiffs*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280
(m) 347-652-9046
jessica@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------------x
KEVIN BEASLEY and KEVIN BEASLEY
STUDIO, LLC,

                Plaintiffs,                Civil Action No.:
                                                            3:24-cv-09172-MAS-RLS
    -against-

                                                               **Certificate of Default**

Michael Fanelli,

                Defendant.
------------------------------------------------------------------x

      I, Melissa E. Rhoads, Clerk of Court of the United States District Court for the District of New Jersey, do hereby certify that the defendant Michael Fanelli has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Michael Fanelli is hereby noted pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         December ___, 2024

                                                                  Melissa E. Rhoads

                                                                   Clerk of Court

                                                                   By: _____
                                                                       Deputy Clerk