IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x

KEVIN BEASLEY and KEVIN BEASLEY STUDIO, LLC,

        Plaintiffs,

  -against-

Michael Fanelli,

        Defendant.

-----------------------------------------------------------------x

Civil Action No.:
3:24-cv-09172-MAS-RLS

**Request for Entry of Default Judgment**

To:    Clerk, United States District Court for the District of New Jersey
        Clarkson S. Fisher Building & U.S. Courthouse
        402 East State Street Room 2020
        Trenton, NJ 08608

Pursuant to Fed. R. Civ. P. 55(b)(1), plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC respectfully request entry of at judgment, on default, against defendant Michael Fanelli for failure to answer or otherwise defend this action. In support of the same, please see the certification of Shan Chen, which is attached to this request for entry of default judgment.

Dated:  New York, New York
          December 19, 2024

                                            Respectfully submitted,

                                            MAZZOLA LINDSTROM, LLP

                                            _____
                                            Shan (Jessica) Chen
                                            *Counsel for plaintiffs*
                                            1350 Avenue of the Americas, 2nd Floor
                                            New York, New York 10019
                                            (d) 646-416-6280 (m) 347-652-9046
                                            jessica@mazzolalindstrom.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on the date indicated below, I caused plaintiffs' Request for Entry of Default Judgment, and supporting documents, to be served via First Class Mail/Postage Paid upon defendant Michael Fanelli as follows:

>Michael Fanelli
>1 Denise Ct.
>Manalapan, NJ, 07726

Dated: New York, New York
December 19, 2024

MAZZOLA LINDSTROM, LLP

_____
Shan (Jessica) Chen
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com