Exhibit A  Judgment

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------x
KEVIN BEASLEY and KEVIN BEASLEY
STUDIO, LLC,

        Plaintiffs,

    -against-

BAYVIEW AUTO WRECKERS, INC., MICHAEL
FANELLI, and DOES 1-10,

        Defendants.
---------------------------------------------------------------------x

Index No.: 651397/2021

## Judgment

**Whereas**, a summons and complaint was filed herein on March 2, 2021 by plaintiffs Kevin Beasley and Kevin Beasley Studio LLC against defendants Bayview Auto Wreckers, Inc. and Michael Fanelli, seeking recovery of compensatory, consequential and punitive damages due to, inter alia, fraud and conversion by the defendants of the plaintiffs' property, resulting in the total loss of value thereof (NYSCEF Dkt. #1);

**Whereas**, defendants Bayview Auto Wreckers and Michael Fanelli were duly served with the summons and complaint and the affidavits were duly docketed (Dkt. #2 & #3);

**Whereas**, defendants failed to timely answer the complaint, and a motion for default was duly served and filed (Dkt. #12-18);

**Whereas,** defendants, having failed to oppose the motion for a default judgment, and the papers submitted in support thereof having been deemed good and sufficient to demonstrate entitlement to the relief sought, by decision and order of the Honorable Lawrence Love, dated August 20, 2021, ordered that plaintiffs have judgment against the defendants on each of their claims, including fraud and conversion and directing an inquest on damages (Dkt. 19);

2

**Whereas**, the order was duly served with notice of entry on August 24, 2021 (Dkt. 20);

**Whereas**, a note of issue for an inquest on damages was served and filed August 24, 2021 (Dkt. 21);

**Whereas**, the court ordered an inquest to proceed on November 29, 2023, and the defendants were duly served with notice of the inquest date (Dkt. 25);

**Whereas**, the matter was heard on November 29, 2023, on the inquest calendar, which the defendants failed to attend;

**Whereas**, attorneys Richard E. Lerner and Wendy J. Lindstrom appeared in behalf of the plaintiffs, and plaintiff Kevin Beasley appeared as a witness in his own behalf and on behalf of plaintiff Kevin Beasley Studio, LLC, and Mr. Casey Kaplan appeared as an expert and percipient witness on behalf of the plaintiffs, and at the inquest the attorneys and the witnesses demonstrated entitlement to the damages sought on the claim of fraud;

**Whereas**, the Honorable Adam Silvera, Justice of the Supreme Court, New York County, upon review of the affirmation of attorney Richard E. Lerner and the accompanying affidavits of Kevin Beasley and Casey Kaplan, along with the exhibits annexed to the Beasley and the Kaplan affidavits substantiated their claims to the damages sought, as previously demonstrated during the inquest (Dkt. #25 et seq.), issued an order on January 10, 2024 (Dkt. 40) directing entry of judgment in plaintiffs' favor and against the defendants,

**IT IS HEREBY,**

**ADJUDGED**, that plaintiff Kevin Beasley, of 225 West 139th, New York, New York 10030 and plaintiff Kevin Beasley Studio, LLC, of 37-24 24th Street, Long Island City, New York 11101, jointly recover from defendants Bayview Auto Wreckers Inc., of 3333 Richmond Terrace, Staten Island, New York 10303, and Michael Fanelli of (last known address) 562

Hasbrouk Road, Woodbourne, New York 12788, jointly and severally, the principal sum of $375,773.49 in compensatory damages as to plaintiffs' claim of fraud, and $350,000 in exemplary damages, also as to the claim of fraud, for a subtotal of $725,773.49 with interest accruing at the rate of 9% from January 22, 2022, the date of discovery of the fraud, such interest being $151,040.42 as of the date of this judgment, and that plaintiff have one bill of costs of $1,665.40, for a total judgment of $ 878,479.31 , and the plaintiff have execution X therefor.

Dated: New York, New York
May 10, 2024

ENTER:

Lori S. Sattler, JSC

15 th  May.  2024
Date

Milton Adair Tingling
Clerk

FILED
May 15 2024
NEW YORK
COUNTY CLERK'S OFFICE

4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X
KEVIN BEASLEY, KEVIN BEASLEY
STUDIO, LLC,                                              Index No.: 651397/2021

                Plaintiff,

     -against-

BAYVIEW AUTO WRECKERS, INC.,
MICHAEL FANELLI, DOES 1-10,

                Defendants.
---------------------------------------------------------------------X

2-2
FILED AND DOCKETED
May 15 2024
AT 02:45 P M
N.Y. CO. CLK'S OFFICE

# JUDGMENT

Richard E. Lerner
MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
917.584.4864
richard@mazzolalindstrom.com

21 651397