Exhibit B   Costs of Service of Process

## **INVOICE**



Invoice #DPR-2024001997
11/4/2024

Original Date: 10/30/2024



**Send Payments To:**
**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**Phone: (631) 406-6989**
**Fax: (631) 610-1987**
**26-4340231**

MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Your Contact: Antonio Caquias
**Case Number: 3:24-CV-09172-MAS-RLS**

Plaintiff:
**KEVIN BEASLEY ET AL**

Defendant:
**MICHAEL FANELLI**

Received: 10/18/2024   Served: 10/29/2024 6:20 pm   POSTED - RESIDENTIAL
To be served on: MICHAEL FANELLI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process Resident | 1.00 | 155.00 | 155.00 |
| TOTAL CHARGED: | | | $155.00 |
| 10/31/2024   CC **f85c   Online Final Payment | | | 155.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Payments are due upon receipt of this invoice and payment not received within 10 day are subject to late fees.

Please enclose a copy of this invoice with your payment Make Check Payable to Direct Process Server LLC.

Payments can be made by visiting https://dpr.sopstatus.com to pay via credit card or checking account ACH.
Be Kind on Credit Card Fee.Send your payment via Zelle fee free to Zelle@directprocess.com.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

## **INVOICE**

Invoice #DPR-2024001957
10/22/2024



**Send Payments To:**
**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**Phone: (631) 406-6989**
**Fax: (631) 610-1987**
**26-4340231**



MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Your Contact: Antonio Caquias
**Case Number: 3:24-CV-09172-MAS-RLS**

Plaintiff:
**KEVIN BEASLEY ET AL**

Defendant:
**MICHAEL FANELLI**

Received: 10/10/2024   Non-Served: 10/13/2024  NON-SERVE - COMMENTS
To be served on: MICHAEL FANELLI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service | 1.00 | 265.00 | 265.00 |
| TOTAL CHARGED: | | | $265.00 |

**BALANCE DUE:** $265.00

Payments are due upon receipt of this invoice and payment not received within 10 day are subject to late fees.

Please enclose a copy of this invoice with your payment Make Check  Payable to Direct Process Server LLC.

Payments can be made by visiting https://dpr.sopstatus.com to  pay via credit card or checking account ACH.
Be Kind on Credit Card Fee.Send your payment via Zelle fee free to Zelle@directprocess.com.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1