UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------------x
KEVIN BEASLEY and KEVIN BEASLEY
STUDIO, LLC,

        Plaintiffs,

-against-

Michael Fanelli,

        Defendant.
----------------------------------------------------------------x

Civil Action No.:
3:24-cv-09172-MAS-RLS

## [PROPOSED] JUDGMENT

This matter having been brought before the Court by and through the attorneys for plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC on notice to defendant Michael Fanelli, for default judgment due to defendant's failure to plead or otherwise appear, and the Court having considered the motion, and all submissions in support thereof and opposition thereto, if any, and having found that plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC are entitled to the relief sought for good cause shown.

It is on this _____ day of _____2024/2025, ORDERED that JUDGMENT be entered in favor of plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC, granting relief sought in plaintiffs' complaint as to defendant Michael Fanelli in the amount of $878,479.31, plus interest at the rate of 9%, from May 15, 2024, totaling $_____, and costs totaling $825, all totaling $_____ .

Dated: _____

                                                   _____