# EXHIBIT E

```
TODAY'S DATE:  3/17/2021    TIME: 16:20:79
         *RECORD EXPANSION FOR:  FANELLI,MICHAEL,J

                                       CLIENT ID#: 452239462
FANELLI,MICHAEL,J                  DOB: 06/28/1958    SEX: M
562 HASBROUCK RD                   HEIGHT: 5-6    EYE COLOR: BROWN
WOODBOURNE      NY 12788           COUNTY: SULL
                                   MI #: F01490 87517 434345-58

NAME ON LICENSE/ID:   FANELLI
                      MICHAEL,JOSEPH


LICENSE CLASS: *D*        STATUS:VALID     EXPIRATION: 06/28/2027


BALANCE: [redacted]

   MENU    NEXT    ABSTRACT

( RECORD CONTINUED ON FOLLOWING PAGE )
```