Tue, Oct 22 at 11:37 AM

Leaving Brooklyn now

I am at the shop

I guess you were just wasting my time?

Wed, Oct 23 at 8:42 PM

Wen are we meeting I wanted u to meet me at the shop

Are you serious??

I was there

You're just pulling my leg.😊

Wen can we meet there are u free tomorrow

What time?

What time is good for u

11:30

iMessage