# CERTIFICATE OF TITLE

## STATE OF CONNECTICUT
### DEPARTMENT OF MOTOR VEHICLES



T9957A

| VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | MODEL | BODY STYLE | CYL | NEW/USED |
|---|---|---|---|---|---|---|
| 1GYFK66898R163185 | 2008 | CADI | ESCALADE | 4D SED | 08 | NEW |

| TITLE NUMBER | DATE OF ISSUE | PRIOR TITLE NUMBER | PRIOR TITLE STATE | PURCHASE DATE | ODOMETER READING |
|---|---|---|---|---|---|
| 031021267 | 05/01/2008 | | | 04/07/2008 | 000109 |

**OWNER(S):**
FRAGOMENI THOMAS P OR
FRAGOMENI LISA M
17 HORSESHOE LANE
SOMERS            CT 06071-2235

**FIRST LIENHOLDER:**           DATE OF LIEN:

**SECOND LIENHOLDER:**        DATE OF LIEN:

### RELEASE OF LIENS

FIRST LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED

NAME

AUTHORIZED SIGNATURE      DATE RELEASED
X

SECOND LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED

NAME

AUTHORIZED SIGNATURE      DATE RELEASED
X

SB0604 REV. 03/08

FRAGOMENI THOMAS P OR
FRAGOMENI LISA M
17 HORSESHOE LANE
SOMERS            CT 06071-2235

The Commissioner of Motor Vehicles hereby certifies that an application for a certificate of title for the motor vehicle described herein has been duly filed, pursuant to the provisions of the laws of the State of Connecticut, and based on the statements of the applicant and the records on file with this agency. The applicant named is the owner of said vehicle. The Department of Motor Vehicles further certifies that the vehicle is subject to any security interests shown herein.

**VEHICLE IDENTIFICATION NUMBER (VIN)**

**TITLE NUMBER**

IN WITNESS WHEREOF,
I have affixed my hand.

*Robert M. Ward*
COMMISSIONER OF MOTOR VEHICLES

VOID IF ALTERED

# ASSIGNMENT OF OWNERSHIP

NO SELLER SHALL ASSIGN TITLE OF A VEHICLE WITHOUT INSERTING THE BUYER ON THE ASSIGNMENT AND WARRANTY OF TITLE.

NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT — completed and signed by seller
BUYER(S): Do not sign below until all sections of the assignment have been completed.
WARNING: Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## TRANSFER BY OWNER

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question) [ ] YES [ ] NO

Odometer reads: **214425** (No tenths)

Dealer's License No.: **N750**

NAME OF BUYER(S): **SCRANTON MOTORS, INC.**
ADDRESS OF BUYER(S): **777 Talcottville Rd Vernon CT 06066**
NAME OF LIENHOLDER: **NONE**
SIGNATURE OF BUYER(S): X **Amy Sanborn**
PRINTED NAME OF BUYER(S): **Amy L Sanborn**
NAME OF SELLER(S): **Thomas Fragomeni**
DATE SOLD: **12/22/2016**
SIGNATURE OF SELLER(S): X **Thomas F.**

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? [ ] YES [ ] NO

Odometer reads: **214771** (No tenths)

NAME OF BUYER(S): **Car Town Inc**
ADDRESS OF BUYER(S): **61 Hartford Tpke, Tolland, CT 06084**
Lic # **U1024**
Dealer's License No.: **U1024**
SIGNATURE OF BUYER(S): X
PRINTED NAME OF BUYER(S): (Authorized official)
DATE SOLD: **1-4-17**
NAME OF SELLER(S): **Scranton Motors Inc**
Dealer's License No.: **N750**
SIGNATURE OF SELLER(S): X **Amy Sanborn**
PRINTED NAME OF SELLER(S): **Amy Sanborn**

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? [ ] YES [ ] NO

Odometer reads: **214782** (No tenths)

NAME OF BUYER(S): **Shamrock Motors LLC**
Dealer's License No.: **U7649**
ADDRESS OF BUYER(S): **E Windsor CT 06088**
SIGNATURE OF BUYER(S): X
PRINTED NAME OF BUYER(S): **Ryan Conway** — **Shamrock Motors LLC**
NAME OF SELLER(S): **Car Town Inc, 61 Hartford Tpke, Tolland, CT 06084, Lic # U1024**
DATE SOLD: **1-10-17**
SIGNATURE OF SELLER(S): X

L8409615

# SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE
Q-1 REV. 7-16

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**



**INSTRUCTIONS FOR A VEHICLE:**
1. Complete Sections 1, 2, 3 and the *SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.*
2. This form can be used as a **BILL OF SALE** or to assign ownership when the assignment areas on the back of a **TITLE** are filled.
3. This form must be accompanied by the most recent **TITLE** issued for the vehicle.

**WARNING:** Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vehicle described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s). Signing below indicates you are aware of the CONDITION STATEMENT and ODOMETER DISCLOSURE STATEMENT made by seller(s).

**TITLE NUMBER:** 031021267
**ISSUED BY THE STATE OF:** CT
**MAKE:** CADILLAC
**YEAR:** 2008
**VEHICLE IDENTIFICATION NUMBER:** 1GYFK66898R163185

### SECTION 1 — Vehicle Information
Was this vehicle at the time of sale in condition for legal operation on the highway(s) of this state? (Only Dealers must respond to this question) [X] YES [ ] NO

I state that, to the best of my knowledge and belief, the odometer reading specified below reflects the actual mileage, unless one of the following statements is checked:

**ODOMETER READING (No tenths):** 2 1 4 7 8 5

[ ] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)
[ ] I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

### SECTION 2 — Buyer(s)
**NAME OF BUYER:** KEVIN MICHAEL BEASLEY
**ADDRESS OF BUYER(S):** 3239 47TH ST APT 1, ASTORIA, NY 11103
**CHECK ONE IF CO-OWNED:** [ ] AND [ ] OR
**NAME OF CO-BUYER:** 
**DEALER'S LIC. NO.:** 
**SIGNATURE OF BUYER(S):** X (signed)
**PRINTED NAME OF BUYER(S):** KEVIN BEASLEY
**DATE SIGNED:** 03/29/17

### SECTION 3 — Seller(s)
**NAME OF SELLER(S):** SHAMROCK MOTORS LLC
**ADDRESS OF SELLER(S):** 186 S. MAIN ST., EAST WINDSOR, CT 06088-
**DATE SOLD:** 03/29/17
**DEALER'S LIC. NO.:** U7649

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this motor vehicle described above hereby transfers to the buyer the described motor vehicle in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

**SIGNATURE OF SELLER(S):** Charles Goodine (signed)
**PRINTED NAME OF SELLER(S):** Charles Goodine
**SELLING PRICE:** $ 11995.00
**DATE SIGNED:** 03/29/17

# SUPPLEMENTAL ASSIGNMENT OF OWNERSHIP AND/OR BILL OF SALE

Q-1V REV. 7-16



**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**

**INSTRUCTIONS FOR A VESSEL:**
1. Complete Sections 1, 2, 3 and the SIGNATURE AND CERTIFICATION BY SELLER(S) SECTION.
2. This form is used as a BILL OF SALE.

## ASSIGNMENT OF OWNERSHIP

SELLER(S): The undersigned seller(s) hereby state(s) the vessel described on this title was transferred to the buyer(s) specified below. BUYER(S): Do not sign below until all sections have been completed and signed by seller(s).

### SECTION 1 — Vessel Information

| MAKE | | YEAR | HULL IDENTIFICATION NUMBER (Required if built 1973 or later) |
|---|---|---|---|
| COLOR - PRIMARY/SECONDARY | MODEL | LENGTH | STATE WHERE LAST NUMBERED / PREVIOUS NUMBER |
| STATE(S) WHERE PREVIOUSLY REGISTERED | | STATE(S) WHERE PREVIOUSLY TITLED | |

☐ CHECK HERE IF TITLE WAS PREVIOUSLY BRANDED

LIST STATE(S) ISSUING BRANDED TITLE

### SECTION 2 — Buyer(s)

NAME OF BUYER (Please print): **MICHAEL FANELLI**

CHECK ONE IF CO-OWNED: ☐ AND  ☐ OR

NAME OF CO-BUYER (Please print):

ADDRESS OF BUYER(S): **562 HADBROOK RD**

DEALER'S LIC. NO. (If dealer):

SIGNATURE OF BUYER(S) (Or authorized official): X _[signature]_

PRINTED NAME OF BUYER(S) (Authorized official): **MICHAEL FANELLI**

DATE SIGNED:

### SECTION 3 — Seller(s)

NAME OF SELLER(S) (Please print):

DATE SOLD:

ADDRESS OF SELLER(S) (Please print):

DEALER'S LIC. NO. (If dealer):

## SIGNATURE AND CERTIFICATION BY SELLER(S)

I (we) declare under penalty of false statement that the information furnished above is true and complete to the best of my (our) knowledge and belief. The owner (seller) of this vessel described above hereby transfers to the buyer the described vessel in consideration of the amount (selling price) entered below, receipt hereby acknowledged.

SIGNATURE OF SELLER(S) (Or authorized official): X _[signature: Kevin M Bradley]_

PRINTED NAME OF SELLER(S) (Authorized official):

SELLING PRICE: $

DATE SIGNED:

# BAYVIEW AUTO WRECKERS

3333 RICHMOND TERRACE • STATEN ISLAND, N.Y. 10303
TEL: (718) 273-6060 • FAX: (718) 448-0767
www.bayviewautowreckers.com

540-420-7095    DATE 4-5 20 17

SOLD TO: KEVIN BEASLEY STUDIO LLC.
ADDRESS: 3724 24TH ST - SUITE 112

REC'D ON ACCT NOTE: 4C 11101

121 - WEST 27TH ST
67 ESCALADE
REMOVE INTERIOR MARTIN PUETRA
VEHICLES FLUID TANK
PREP    $2500
FOR ART    TOW 300 + TOLL
            100 PER TRIP
            FOR APRIL 12TH
SHOW
            TOW 70
CAME PAST

D.M.V. #7000107
D.C.A. #739523

4-7-17

BEASLEY AGREES TO CRUSH + OR ESCALADE FOR KEVIN MICHAEL BEASLEY FOR AN ART SHOW

*[signature: Kevin M Beasley]*

