**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
<u>**MINUTES OF PROCEEDINGS**</u>

<u>**OFFICE:**</u>  TRENTON                                                     <u>**DATE:**</u>  AUGUST 25, 2025

<u>**JUDGE MICHAEL A. SHIPP**</u>

<u>**COURT REPORTER:**</u>  SHANNAN GAGLIARDI

<u>**TITLE OF CASE:**</u>                                         <u>**DOCKET # 3:24-cv-09172-MAS-RLS**</u>

KEVIN BEASLEY *et al.*
          vs.
MICHAEL FANELLI
          DEFENDANT

<u>**APPEARANCES:**</u>
Shan Chen, Esq. & Richard Lerner, Esq. for Plaintiffs
Harry Cummins, Esq. for Defendants

<u>**NATURE OF PROCEEDINGS:**</u>
Status conference held on the record regarding Defendant's Motion to Vacate Default Judgment (ECF No. 14).
Order to be entered.

Time Commenced:        3:32 PM
Time Adjourned:        3:38 PM
Total Time:                06 mins

                                             _____s/ James Balfour_____
                                                  **DEPUTY CLERK**