UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KEVIN BEASLEY, *et al.*,

            Plaintiffs,

v.

MICHAEL FANELLI,

            Defendant.

Civil Action No. 24-9172 (MAS) (RLS)

**MEMORANDUM ORDER**

    This matter comes before the Court upon Defendant Michael Fanelli's ("Fanelli") Motion to Vacate Default Judgment, for Leave to File Answer, and for a Stay on Enforcement (the "Motion"). (ECF No. 14.) Plaintiffs Kevin Beasley and Kevin Beasley Studio, LLC ("Beasley") opposed (ECF No. 15), and Fanelli replied (ECF No. 19).

    On August 27, 2025, the Honorable Lori S. Sattler, J.S.C., entered an Order to Show Cause in the New York State Supreme Court, New York County action (Index No. 651397/2021) (the "Order to Show Cause"). In relevant part, the Order to Show Cause requires plaintiffs to show cause as to why the August 20, 2021 judgment should not be vacated and as to why all enforcement proceedings with respect to the August 20, 2021 judgment should not be stayed.

    In light of Judge Sattler's Order to Show Cause, the Court finds good cause to stay its consideration of Fanelli's Motion for ninety (90) days. The Clerk's office shall administratively terminate the Motion. (ECF No. 14.) Fanelli must e-file correspondence regarding the status of the Order to Show Cause by December 1, 2025. Beasley may e-file responsive correspondence by December 8, 2025. Following review of the correspondence, the Court will enter an appropriate order. Accordingly,

IT IS, on this 28<u>th</u> day of August 2025, **ORDERED** as follows:

1. The Court shall stay its consideration of the Motion (ECF No. 14) for ninety (90) days.

2. The Clerk's office shall administratively terminate the Motion. (ECF No. 14.)

3. Fanelli must e-file correspondence regarding the status of the Order to Show Cause by **December 1, 2025**.

4. Beasley may e-file responsive correspondence by **December 8, 2025**.

*[signature]*

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE